RECEIVED 2009 DEC 31 P 2:35 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL, CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>PALEEWONG TRADING CO., INC.<br><br>Defendant. | Case No. CV 09 05617 WHA<br><br>[Proposed]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Gary Ettelman, whose business address and telephone number is Ettelman & Hochheiser, P.C., 100 Quentin Roosevelt Blvd., Suite 401, Garden City, NY 11530, Tel: 516-227-6300, and who is an active member in good standing of the New York State Bar and the United States District Court of the Southern and Eastern Districts of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Paleewong Trading Co., Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 4, 2010.

_____
WILLIAM ALSUP
UNITED STATES

*IT IS SO ORDERED*
*Judge William Alsup*