IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING
INTERNATIONAL CO., LTD.,

    Plaintiff,

  v.

PALEEWONG TRADING CO. INC.,

    Defendant.
                               /

AND RELATED COUNTERCLAIMS.
                               /

No. C 09-05617 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

      The Court **SETS** a further meet-and-confer starting from **8:00 A.M. UNTIL 11:00 A.M. ON TUESDAY, OCTOBER 19, 2010**, in the Court's jury room. At 11:00 a.m., the Court will hold a hearing on any remaining issue(s). Plaintiff's response is due by noon on October 15.

      Please note that only those lawyers who personally participate in the meet and confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: October 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE