IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING
INTERNATIONAL CO., LTD.,

    Plaintiff,

  v.

PALEEWONG TRADING CO. INC.,

    Defendant.
                         /

AND RELATED COUNTERCLAIMS.
                         /

No. C 09-05617 WHA

**ORDER RE DOCUMENTS LODGED WITH THE COURT PURSUANT TO OCTOBER 19 DISCOVERY ORDER**

      Plaintiff Boon Rawd Trading International Co., Ltd. has filed a detailed declaration and lodged with the Court electronic copies of documents retrieved from Boon Rawd Brewery in Thailand pursuant to the October 19 order on the parties' discovery dispute. Defendant Paleewong Trading Co., Inc. has until **NOON ON THURSDAY, NOVEMBER 4, 2010**, to file any objections to the "reasonableness" of the $17,639.04 amount being sought by plaintiff for one-half of the fees and expenses incurred in the search and production of these documents. If there are no objections, defense counsel need only file a declaration stating that the full amount of $17,639.04 has been paid to plaintiff. Once such a declaration is filed, defense counsel can arrange with the deputy clerk, Dawn Toland, a proper time to retrieve the documents.

      **IT IS SO ORDERED.**

Dated: November 3, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE