IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING INTERNATIONAL CO., LTD.,

    Plaintiff,

  v.

PALEEWONG TRADING CO., INC.,

    Defendant.
                              /

AND RELATED COUNTERCLAIMS.
                              /

No. C 09-05617 WHA

**ORDER REGARDING DISPUTE OVER COURT-ORDERED DEPOSITIONS**

      Pursuant to the October 22 order following a discovery dispute hearing held on October 19, 2010, plaintiff Boon Rawd Trading International Co., Ltd., was ordered to produce two witnesses for depositions on November 9 and 11 (Dkt. No. 61 at 4). Based upon a discovery dispute letter filed today by defendant Paleewong Trading Co., Inc., it appears as though plaintiff intends to violate the October 22 order and *not* produce these individuals. If the October 22 order is *in fact* violated, the proper procedure for defendant to follow will be to file a formal Rule 37 motion for sanctions noticed on a normal 35-day briefing calendar.

      **IT IS SO ORDERED.**

Dated: November 5, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE