IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO., LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>PALEEWONG TRADING CO., INC.,<br><br>    Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS<br>_____/ | No. C 09-05617 WHA<br><br>**ORDER RE PLAINTIFF'S MOTION TO FILE UNDER SEAL** |

Paleewong Trading Co., Inc. has not timely filed a declaration supporting plaintiff's administrative motion to file under seal excerpts of a confidential deposition transcript. Accordingly, there is insufficient support to file this item under seal pursuant to Civil Local Rule 79-5(d).

Paleewong may file a supporting declaration by **NOON ON NOVEMBER 26, 2010**. In the future, extensions will not be granted for any deficiencies under rule 79-5.

**IT IS SO ORDERED.**

Dated: November 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE