IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING INTERNATIONAL CO., LTD,

    Plaintiff,

  v.

PALEEWONG TRADING CO. INC.,

    Defendant.
                                /

AND RELATED COUNTERCLAIMS
                                /

No. C 09-05617 WHA

**ORDER DENYING REQUEST FOR EXPANSION OF TIME**

    On December 6, 2010, plaintiff and counterdefendant Boon Rawd Trading International Co., Ltd. filed a letter requesting that the deadline for non-expert discovery motions be extended from December 7, 2010 to December 16, 2010. Boon Rawd represented that the request was unopposed and that the parties were attempting to resolve certain discovery disputes without motion practice.

    Good cause not having been shown, the request is **DENIED**. The parties are encouraged to make efforts to resolve their discovery disputes expeditiously.

    **IT IS SO ORDERED.**

Dated: December 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE