IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING INTERNATIONAL CO., LTD,

    Plaintiff,

  v.

PALEEWONG TRADING CO. INC.,

    Defendant.

AND RELATED COUNTERCLAIMS.

No. C 09-05617 WHA

**ORDER DENYING REQUEST FOR DEADLINE EXTENSION WITHOUT PREJUDICE**

On December 17, 2010, the fact discovery period was extended to January 21, 2011 for the limited purpose of conducting two depositions. On December 21, 2010, Paleewong Trading Co., Inc. filed a letter requesting (1) that the deadline to file dispositive motions be extended from January 5, 2011 to February 11, 2011 and (2) that no dispositive motion be scheduled for hearing prior to February 24, 2010. The letter does not represent that Paleewong conferred with Boon Rawd Trading International Co. to ascertain its position on these requests.

Because this letter fails to comport with the requirements of Civil Local Rule 6-2 or 6-3 (as such a requests must do pursuant to Rule 6-1(b)), Paleewong's requests are **DENIED**. This denial is without prejudice to Paleewong refiling its requests in conformity with the applicable rules.

**IT IS SO ORDERED.**

Dated: December 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE