IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PALEEWONG TRADING CO. INC., <br><br> Defendant. <br> ─────────────────────────────/ <br> AND RELATED COUNTERCLAIMS <br> ─────────────────────────────/ | No. C 09-05617 WHA <br><br> **ORDER GRANTING IN PART STIPULATED REQUEST FOR ORDER ENLARGING TIME** |

In light of the parties' stipulated request and the impending trial date, the following alterations to the procedural schedule for this action are made:

1. The deadline to file dispositive motions is extended from January 5, 2011 to **JANUARY 27, 2011** (not to February 3, 2011 as requested). The last date for which hearings on dispositive motions may be noticed is **MARCH 3, 2011**.

2. No dispositive motion will be scheduled for a hearing date prior to **FEBRUARY 17, 2011**.

**IT IS SO ORDERED.**

Dated: December 23, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE