GILDA R. TURITZ (State Bar No. 96229)
Email: gturitz@sideman.com
CONSTANCE J. YU (State Bar No. 182704)
Email: cyu@sideman.com
RYAN J. MECKFESSEL (State Bar No. 215952)
Email: rmeckfessel@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiff and Counterdefendant
BOON RAWD TRADING INTERNATIONAL CO., LTD.

DONALD R. WILD (SBN 046156)
ENOCH WANG (SBN 218904)
WILD, CAREY & FIFE
100 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 837-3101
Facsimile: (415) 837-3111
Email: enochwang@wcandf.com

GARY ETTELMAN (admitted *pro hac vice*)
Email: gettelman@e-hlaw.com
SUZANNE B. FERTIG (admitted *pro hac vice*)
Email: sfertig@e-hlaw.com
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Blvd.
Suite 401
Garden City, NY 11530
Telephone: (516) 227-6300
Facsimile: (516) 227-6307

Attorneys for Defendant and Counterclaimant
PALEEWONG TRADING CO., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PALEEWONG TRADING CO., INC.,<br><br>Defendant. | CASE NO. CV-09-5617 WHA<br><br>STIPULATED REQUEST FOR ORDER ENLARGING TIME PURSUANT TO LOCAL CIVIL RULE 6-2 AND ~~PROPOSED~~ ORDER |

PALEEWONG TRADING CO., INC.,

        Counterclaimant,

        v.

BOON RAWD TRADING
INTERNATIONAL CO., LTD.,

        Counterdefendant.

        Based on the representations and request of Defendant/Counterclaimant Paleewong Trading Co., Inc., **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff/Counterdefendant Boon Rawd Trading International Co., Ltd. (BRTI) and Defendant/Counterclaimant Paleewong Trading Co., Inc. (PTC), to request that the Court enlarge the time to conduct expert depositions, as set forth in the Scheduling Order, dated November 29, 2010, as follows:

        1.     The deadline for expert discovery shall be extended from January 14, 2011 to February 4, 2011;

        2.     The deposition of Plaintiff/Counterdefendant's expert, Everett P. Harry, shall be conducted on either January 22, 2011 or January 24, 2011 at 10:00 a.m. at the offices of Sideman & Bancroft LLP.

        3.     The deposition of Defendant/Counterclaimant's expert, Andrew S. Christon, shall be conducted on January 31, 2011 at 10:00 a.m. at a location mutually agreed upon in St. Augustine, Florida, live or via videoconference, at BRTI's counsel's election.

        4.     In the event that the Mr. Christon is unable to be deposed due to continuing health issues, Defendant/Counterdefendant shall be permitted to substitute Ben Bowen as the expert witness, so long as he adopts the same opinions set forth in the expert reports submitted by Andrew S. Christon and does not introduce any new opinions not previously disclosed.  This deposition shall be conducted in Atlanta, Georgia, live or via videoconference, at BRTI's counsel's election, at a location and date to be mutually agreed upon between January 31, 2011 and February 4, 2011.

        5.     Because PTC's expert deposition is scheduled to take place after the date for filing

1  dispositive motions, neither party will rely upon expert testimony in support of or in opposition to

2  any dispositive motions that are filed with the Court.

3  DATED: January 5, 2011                          Respectfully submitted,

4                                                  SIDEMAN & BANCROFT LLP

5

6                                                  By: _____
                                                       Constance J. Yu
7                                                  Attorneys for Plaintiff and Counterdefendant
                                                   BOON RAWD TRADING INTERNATIONAL CO.,
8                                                  LTD.

9

10 DATED: January 5, 2011                          ETTELMAN & HOCHHEISER, P.C.

11

12                                                 By: _____
                                                       Suzanne B. Fertig
13                                                 Attorneys for Defendant and Counterclaimant
                                                   PALEEWONG TRADING CO., INC.
14
                                                   **ORDER**
15
                      PURSUANT TO STIPULATION, IT IS SO ORDERED.
16

17
   DATED: _____
18

19                                                 _____
                                                   Hon. William H. Alsup
20                                                 United States District Judge

21  6556-1\1116570v1

22

23

24

25

26

27

28

1   dispositive motions, neither party will rely upon expert testimony in support of or in opposition to

2   any dispositive motions that are filed with the Court.

3   DATED: January 5, 2011                    Respectfully submitted,

4                                             SIDEMAN & BANCROFT LLP

5

6                                             By: _____

7                                             Constance J. Yu
                                              Attorneys for Plaintiff and Counterdefendant
                                              BOON RAWD TRADING INTERNATIONAL CO.,
8                                             LTD.

9

10  DATED: January 5, 2011                    ETTELMAN & HOCHHEISER, P.C.

11

12                                            By: _____

13                                            Suzanne B. Fertig
                                              Attorneys for Defendant and Counterclaimant
                                              PALEEWONG TRADING CO., INC.
14

                                              **ORDER**
15

16         PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED:   January 5, 2011.

19                                            _____
                                              Hon. William H. Alsup
                                              United States District Judge
20

21  6556-1\1116570v1

22

23

24

25

26

27

28

STIPULATION AND ORDER TO ENLARGE TIME