*United States District Court*
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO., LTD., | No. C 09-05617 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON DISCOVERY DISPUTE AND VACATING HEARING ON MOTION** |
| PALEEWONG TRADING CO. INC., | |
| Defendant. / | |
| AND RELATED COUNTERCLAIMS / | |

On December 7, 2010, Boon Rawd Trading International Company filed a motion to compel or for sanctions against Paleewong Trading Company. This motion addressed Paleewong's alleged failure to comply with paragraph B of the discovery order issued on October 22, 2010. The motion has been fully briefed and is set for hearing on January 13, 2011.

This discovery grievance should not have been filed as a formal motion; instead, it should have been filed through a letter brief as directed by paragraph 25 of the Supplemental Order (Dkt. No. 13). Accordingly, the hearing on this motion currently set for January 13 is **VACATED**. A further meet-and-confer session is **SET** starting at **10:00 A.M. ON WEDNESDAY, JANUARY 12, 2011**, in the 18th-floor Attorney Lounge. Before reporting to the Attorney Lounge, however, the attorneys must check in with chambers on the 19th floor. At 2:00 P.M., a hearing will be held on any remaining issues. No additional briefing may be filed.

Please note that only those lawyers who personally participate in the meet-and-confer session in the Attorney Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: January 6, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE