IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PALEEWONG TRADING CO. INC., <br><br> Defendant. <br> ———————————————— / <br> AND RELATED COUNTERCLAIMS <br> ———————————————— / | No. C 09-05617 WHA <br><br> **ORDER PARTIALLY GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Plaintiff Boon Rawd Trading International seeks to file under seal two declaration exhibits in support of its motion for summary judgment: Exhibit B to the Meckfessel declaration and Exhibit M to the Turitz declaration. Boon Rawd represents that these exhibits have been designated as confidential by defendant Paleewong Trading (Dkt. No. 178). Paleewong timely filed a supporting declaration (Dkt. No. 180-1).

    Good cause having been shown, the motion is **GRANTED** with respect to Exhibit B to the Meckfessel declaration. Boon Rawd may file that declaration exhibit under seal.

    On the other hand, good cause has not been shown why the entirety of Exhibit M to the Turitz declaration should be filed under seal. Exhibit M consists of five separate deposition exhibits — three letters and two other documents. Although these items appear to contain some sensitive information, Paleewong has not established that the whole of voluminous Exhibit M is

sealable. Accordingly, the motion cannot be granted with respect to Exhibit M at this time. Paleewong may file one more supporting declaration that specifically identifies which portions of Exhibit M it believes are sealable and why. Along with the declaration, Paleewong should supply a proposed redacted version of Exhibit M for filing in the public record. This supplemental declaration must be filed by **NOON ON FEBRUARY 9, 2011**.

The parties are reminded of the Ninth Circuit's strict standard for establishing that documents are sealable and the hightened version of this standard that applies to summary judgment materials. The parties are urged to read and comply with the guidance set forth in the local rules and in the order adopting the protective order in this action (Dkt. No. 38).

**IT IS SO ORDERED.**

Dated: February 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2