IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOON RAWD TRADING INTERNATIONAL CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> PALEEWONG TRADING CO., INC., <br><br> Defendant. <br> / <br> AND RELATED COUNTERCLAIMS <br> / | No. C 09-05617 WHA <br><br> **ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT** |

The hearing on Boon Rawd's motion for summary judgment remains set for March 3, 2011. The parties should be prepared to address the following question at oral argument: if the facts and circumstances would warrant a finding of an implied-in-fact contract but would also, alternatively, warrant a finding *against* such a contract, should the jury be instructed that it must find against such a contract?

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE