IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOON RAWD TRADING
INTERNATIONAL CO., LTD.,

    Plaintiff,

v.

PALEEWONG TRADING CO. INC.,

    Defendant.

AND RELATED COUNTERCLAIMS

No. C 09-05617 WHA

**ORDER RE MEDIATION CONFERENCE**

    At the conclusion of the March 7 pretrial conference, counsel were ordered to conduct a further mediation conference with their private mediator regardless of the outcome of the summary judgment order. The mediation conference was to take place on March 10 or March 11. Did this mediation conference occur? Counsel shall file their answers to this question by **NOON ON MARCH 30, 2011**.

    **IT IS SO ORDERED.**

Dated: March 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE